IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WELDON KING, ET AL.                                                                      PLAINTIFFS

v.                                         No. 2:99CV00106 GH

MIKE FLETCHER, ET AL.                                                                  DEFENDANTS

consolidated with

CHARLES CAGLE, ET AL.                                                                    PLAINTIFFS

v.                                         No. 2:00CV00242 GH

MIKE FLETCHER, ET AL.                                                                  DEFENDANTS

**ORDER**

At the April 6th hearing, the Court denied the motion in limine No. 5 regarding the sealed criminal record of Weldon King finding that such information was important to the weight and credibility of his testimony. That ruling was reflected in the order filed on April 15th.

On May 2nd, plaintiffs filed a renewed motion in limine No. 5 under Rule 609[1] regarding King's criminal record arguing that a balancing test was required; that the conviction is not admissible since he received a sealed record for "rehabilitation;" no notice of intent has been filed; and defendants are seeking to circumvent the Federal Rules of Evidence. They request a hearing on this matter prior to trial.

---

[1] This motion was termed in error and was revived as a pending motion on January 10th.

-1-

The State defendants responded on May 10th that plaintiffs were fully heard on this matter at the previous hearing and plaintiffs have offered no new basis to require the Court to hold an additional hearing prior to trial. They continue that King is being untruthful about the basis for his 1985 conviction which is admissible under Rules 404 and 609 and which the Court has already ruled may be used to impeach his testimony.

The Court agrees that the renewed motion adds nothing to the prior arguments and that this Court's ruling – as reflected in the April 15th order – remains valid. Accordingly, plaintiffs' May 2nd renewed motion (#253) in limine No. 5 under Rule 609 is hereby denied.

IT IS SO ORDERED this 10th day of January, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE