IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| WELDON KING, ET AL. | | PLAINTIFFS |
| v. | No. 2:99CV00106 GH | |
| MIKE FLETCHER, ET AL. | | DEFENDANTS |
| | consolidated with | |
| CHARLES CAGLE, ET AL. | | PLAINTIFFS |
| v. | No. 2:00CV00242 GH[1] | |
| MIKE FLETCHER, ET AL. | | DEFENDANTS |

**ORDER**

During the January 18th hearing, the Court permitted plaintiffs to substitute Teresa Barbee as a named plaintiff in place of Larry Barbee. The Clerk is directed to make the necessary entries to the docket sheet to reflect this substitution. In addition, plaintiffs withdrew with prejudice the slander claims of Weldon King thus leaving only Wesley King asserting a slander claim.

Pursuant to the representations of counsel at the hearing on January 19th, the Clerk is directed to make the necessary docket entries to remove Ed Chandler as co-counsel for plaintiffs Daryl Aikman and Billy Williams so that they are represented solely by Louis Etoch and as co-counsel for plaintiff A.L. Travis so that he is represented solely by Mike White.

---

[1] Although the May 2, 2001 order consolidating the two cases directed that all future pleadings should include the re-designation of this case number with "GH" instead of "JMM," the Court notes that not all subsequent pleadings have complied with that directive.

IT IS SO ORDERED this 19th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE