IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| WELDON KING, ET AL. | | PLAINTIFFS |
| v. | No. 2:99CV00106 GH | |
| MIKE FLETCHER, ET AL. | | DEFENDANTS |
| | consolidated with | |
| CHARLES CAGLE, ET AL. | | PLAINTIFFS |
| v. | No. 2:00CV00242 GH | |
| MIKE FLETCHER, ET AL. | | DEFENDANTS |

**ORDER**

When the plaintiffs rested, they moved to dismiss John Wesley King, Dustin King, and Mike Holmes as plaintiffs which was granted. That request was confirmed at the pre-trial proceedings held on January 26th. The unopposed motion for judgment as a matter of law made by Melvin Snyder and Mike Snyder on January 26th was granted thereby dismissing them as defendants.

IT IS SO ORDERED this 27th day of January, 2006.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE