IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| WELDON KING, ET AL. | | PLAINTIFFS |
| v. | No. 2:99CV00106 GH | |
| MIKE FLETCHER, ET AL. | | DEFENDANTS |

consolidated with

| | | |
|---|---|---|
| CHARLES CAGLE, ET AL. | | PLAINTIFFS |
| v. | No. 2:00CV00242 GH | |
| MIKE FLETCHER, ET AL. | | DEFENDANTS |

**AMENDED JUDGMENT**

Late in the afternoon of February 1st, the jury returned their verdicts which were filed that same date and then were docketed on February 2nd. In conformity with those verdicts, the following judgment is entered:

1. **Weldon King** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $1,500.00. In addition, Weldon King is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

2. **Billy Williams** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $22,000.00. In addition, Billy Williams is awarded punitive damages of $2,500.00 against each defendant – Fletcher, Roy and Russell – for a total of $7,500.00.

3. **Lepoleon Sample** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $7,680.00. In addition, Lepoleon Sample is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

4. **Darryl Aikman** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $1,500.00. In addition, Darryl Aikman is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

5. **A.L. "Butch" Travis** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $17,500.00. In addition, A.L. "Butch" Travis is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

6. **Barry Spurgers** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $11,225.00. In addition, Barry Spurgers is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

7. **Donald and Mary Berry** are awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $1,500.00. In addition, Donald and Mary Berry are awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

8. Judgment is entered in favor of defendants and against **Charles Cagle**.

9. **Herman Dixon** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $1,500.00. In addition, Herman Dixon is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

10. **Larry Spakes** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $1,500.00. In addition, Larry Spakes is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

11. **Bubba Holland** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $8,260.00. In addition, Bubba Holland is awarded punitive damages of $1,250.00 against each defendant – Fletcher, Roy and Russell – for a total of $3,750.00.

12. **Teresa Barbee** is awarded compensatory damages against Mike Fletcher, Barry Roy and Scott Russell in the total amount of $1,700.00. In addition, Teresa Barbee is awarded punitive damages of $2,000.00 against each defendant – Fletcher, Roy and Russell – for a total of $6,000.00.

DATED this 8th day of February, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE